

**FILED**
9/28/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

E.C

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SERGIO IVAN BLAS | 21 CR 683<br><br>Violation: Title 21, United States Code, Section 846<br><br>**SUPERSEDING INFORMATION** |

The UNITED STATES ATTORNEY charges:

Beginning no later than on or about November 3, 2021, and continuing until at least on or about November 4, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

SERGIO IVAN BLAS,

defendant herein, did conspire with others known and unknown, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

ERIKA CSICSILA
Digitally signed by ERIKA CSICSILA
Date: 2022.09.27 13:50:45 -05'00'

Erika L. Csicsila on behalf of the
UNITED STATES ATTORNEY